IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NICHOLAS KINLAW, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:21CV453 |
| COUNTY OF DAVIDSON, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On January 13, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 3, 4). Plaintiff filed objections, (ECF No. 9), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 3), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This, the 9th day of May 2022.

/s/ Loretta C. Biggs
United States District Judge